UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TOY HELICOPTER SOLUTIONS LLC,

              Plaintiff,

- against -

THE ASHLEY COLLECTION,

              Defendant.
-----------------------------------------------------------------X

**ORDER**

19 CV 8292 (LGS) (KNF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/19
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Please be advised that the settlement conference scheduled in the above-captioned action for December 5, 2019, at 10:30 a.m., shall be held in courtroom **18D, 500 Pearl Street, New York, New York**.

Dated: New York, New York
       December 3, 2019

SO ORDERED:

_/s/ Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE