

December 20, 2019

**VIA ECF**
Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 1106
New York, New York 10007

        Re:   *Toy Helicopter Solutions v. The Ashley Collection*, 19-cv-08292
              Our Ref:  Y939

Dear Judge Schofield:

      Pursuant to your November 5, 2019 Order (D.E. 24), Toy Helicopter Solutions, LLC ("THS") and The Ashley Collection, Inc. d/b/a Protocol NY ("Protocol") hereby submit the following joint status letter.

      As noted by the Court in its Minute Entry of December 5, 2019, this case has settled. The parties are currently working toward finalizing the terms of a settlement and patent license agreement.  The parties are working to complete the agreement by December 31, 2019, however, due to scheduling conflicts and the upcoming Holidays, the parties anticipate that some additional time may be needed.

      Upon the finalization of the settlement, the parties expect a stipulation of dismissal will be submitted to the Court in due course.

      Thank you for your consideration.

Respectfully submitted,                                 Respectfully submitted,

*/s/ Joseph P. Oldaker*                               */s/ Jeffrey A. Lindenbaum*
Joseph P. Oldaker (*pro hac vice*)             Jeffrey A. Lindenbaum (JL-1971)
joseph@nbafirm.com                              jlindenbaum@collenip.com

                                                    *COUNSEL FOR DEFENDANT*
*COUNSEL FOR PLAINTIFF*                *THE ASHLEY COLLECTION, INC.*
*TOY HELICOPTER SOLUTIONS, LLC*